# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Raleigh Rogers**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:19-cv-00006-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 3, 2021 Order.

May 3, 2021

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court